UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PERFECTION CORPORATION, | ) | Case No.: 1:00 CV 1460 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| MANNER PLASTIC MATERIALS, INC., | ) | |
| | ) | |
| Defendant | ) | ORDER |

The parties in the above-captioned case have filed a Consent Motion to Stay Proceedings, ECF No. 196. The motion is granted on the condition that the parties do not deviate from the schedule proposed in the motion. Additionally, if the parties cannot agree on whether the discovery necessary to conduct mediation has been fully provided, they shall contact the court no later than January 10, 2006, so the court may assist in resolving that issue.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

January 4, 2006